In the Matter of the Claim of FANNIE OLKEN, Appellant, against BECKER CLOAK Co., INC., and STATE INSURANCE FUND, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to prosecute appeal on typewritten copies of original papers denied. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM CLIFFORD TERWILLIGER, Appellant.— Motion for leave to prosecute appeal as a poor person on typewritten papers denied. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of FANNIE LURYE, Appellant, against STERN BROTHERS DEPARTMENT STORE and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 792.] The court hereby certifies that in its opinion a question of law is involved herein which ought to be reviewed by the Court of Appeals. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of IRENE PATRICIA ADAMS, Respondent, against UNIVERSAL PRODUCING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.